PETTY OFFENSE MINUTE SHEET
HARRISONBURG DIVISION

Case: 5:23po1                                    Date: 2/14/2023

Defendant: Aaron M. Garvin

Judge: Joel C. Hoppe, USMJ

Deputy Clerk: Karen Dotson                       Time in court: 9:13-9:20 = 7 min.

AUSA: Jordan McKay

Defense Counsel: Blair Howard

Ranger: Yount

USPO: Angela George

- [x] Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
- [ ] Defendant waives counsel; advises court wishes to proceed today without counsel.
- [ ] Defendant requests appointment of counsel.   [ ] Court grants request for appointment
- [ ] Defendant moves for continuance. Court trial continued to _____.
- [x] Plea agreement reached.
- [x] Defendant sworn, questioned, and advised of rights on plea of guilty.
- [x] Government proffers/presents evidence to support plea and rests. — Relies on PC statement on ticket
- [ ] Court trial held.
- [ ] Government presents evidence regarding sentencing and rests.
- [ ] Defendant presents evidence regarding sentencing and rests.

| OFFENSE/COUNT CHARGED | PLEA | FINDINGS/SENTENCE |
|---|---|---|
| Reckless driving | G | Speeding 44/35 — charge reduced <br> SA: $10   Fine: $200   Pay today in full ~~days to pay~~ |
|  |  | SA: $   Fine: $   days to pay |
|  |  | SA: $   Fine: $   days to pay |

- [ ] Government moves for detention.
- [ ] Government does not oppose bond.
- [ ] Detention/Bond Hearing held.
- [ ] Defendant released on bond. Bond set at $_____
- [x] Appeal rights stated by the court
- [ ] 18 USC § 3607

Additional information:

Court moots discovery motion
28 yoa, h.s. graduate