AO 245H    (Rev. 12/03 - VAW Additions 1/06) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | **(For a Petty Offense)** - Short Form |
| Aaron M. Garvin | CASE NUMBER: DVAW523po000001-001 |
| | CASE NUMBER: |
| | USM NUMBER: |
| | Blair Duncan Howard |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒  THE DEFENDANT pleaded guilty to count(s)   1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.21(c) | Speeding 44/35 mph | 10/6/2022 | 1 |

☐ Count(s) _____

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $ 10 | $ 200 | $ |

$210.00 paid in full, receipt #500003456

| Defendant's Soc. Sec. No.: | 6076 | 2/14/2023 |
|---|---|---|
| | | Date of Imposition of Judgment |
| Defendant's Date of Birth: | 1994 | |
| | | *Joel C. Hoppe* (signature) |
| | | Signature of Judge |
| Defendant's Residence Address: | | |
| Mount Airy, MD | | Joel C. Hoppe, United States Magistrate Judge |
| | | Name and Title of Judge |
| | | 2/14/23 |
| | | Date |
| Defendant's Mailing Address: | | |
| Mount Airy, MD | | |